OPINION — AG — ** SCHOOL — TEACHERS — FRINGE BENEFITS — SALARY LEVEL ** IF A CERTIFIED TEACHER IS TEACHING A PROGRAM WHICH FALLS WITHIN THE DEFINITION OF " PUBLIC SCHOOLS " AS DEFINED IN 70 O.S. 1-106 [70-1-106] THEN THE TEACHER IS ENTITLED TO CREDIT FOR THOSE YEARS OF SERVICE FOR THE PURPOSE OF DETERMINING SALARY LEVEL AND FRINGE BENEFITS. (TEACHERS, SALARY, WAGES, STATE INSTITUTIONS, EDUCATIONAL PROGRAMS, EXPERIENCE) CITE: 70 O.S. 1-106 [70-1-106], (KAY HARLEY JACOBS)